**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**INYONG PARK**                                                                              **PLAINTIFF**

**v.**                                             **Case No: 4:25-cv-00612-LPR**

**WELLS FARGO BANK NA**                                                          **DEFENDANT**

## ORDER

On April 23, 2026, Plaintiff advised the Court of his intent to dismiss this case.[1]  Defendant

has notified the Court via e-mail that Defendant does not object to Plaintiff's request.  Accordingly,

this case is DISMISSED without prejudice.  Defendant's Motion for Judgment on the Pleadings

(Doc. 10) is DENIED as moot.  The Clerk is instructed to close this case.

IT IS SO ORDERED this 28th day of April 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Pl.'s Notice of Voluntary Dismissal (Doc. 13).