**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**INYONG PARK**                                                                           **PLAINTIFF**

**v.**                                        **Case No: 4:25-cv-00612-LPR**

**WELLS FARGO BANK NA**                                                        **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and

ADJUDGED that all claims in this case are hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 28th day of April 2026.

 

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE